IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HARRINGTON,  )
                   )   2:10-cv-00783-GEB-DAD
        Plaintiff, )
                   )
     v.            )   ORDER CONTINUING STATUS
                   )   (PRETRIAL SCHEDULING)
OASIS FINANCIAL SOLUTIONS, LLC,  )   CONFERENCE
                   )
        Defendant. )
_____)

Plaintiff's Status Report ("SR") filed July 9, 2010, reveals this case is not ready to be scheduled since Plaintiff states in the SR:

> Defendant was served in this matter on April 8, 2010. Defendant has not filed an answer to date, so Plaintiff filed a Request for Entry of Default Judgment. The clerk granted Plaintiff's Request on May 28, 2010. Plaintiff has done further research on Defendant and intends to prepare and file an amended complaint to add Defendant's owner in an attempt to get a response from either party. If after filing and serving the amended complaint, Defendant and its owner still do not respond, Plaintiff will file a Motion to Enter Default Judgment.

(Docket No. 10, ¶c.)  Therefore, the status conference scheduled for July 26, 2010, is continued to September 20, 2010, at 9:00 a.m.  A joint status report shall be filed fourteen (14) days prior to the status conference.  Further, if Plaintiff fails to amend his complaint and/or file a motion for entry of default judgment, he shall explain in his status report why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Dated:  July 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28