IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DAVID HARRINGTON,                     )
                                      )   2:10-cv-00783-GEB-DAD
            Plaintiff,                )
                                      )
       v.                             )   ORDER CONTINUING
                                      )   STATUS (PRETRIAL SCHEDULING)
OASIS FINANCIAL SOLUTIONS, LLC,       )   CONFERENCE
a corporation; KASHANDA BROCK,        )
an individual,                        )
                                      )
            Defendants.               )
_____)
```

Plaintiff states in his Status Report ("SR") filed on September 2, 2010,

> b. Plaintiff has filed a Motion to Enter Default Judgment against Defendant Oasis Financial Solutions, LLC, which is on calendar for October 29, 2010, at 10:00 a.m.
>
> c. Plaintiff has filed an amended complaint to add Kashanda Brock to this lawsuit. Defendant Kashanda Brock is the owner of Defendant Oasis Financial Solutions, LLC. Defendant Oasis Financial Solutions was served with the amended complaint on July 29, 2010 and Defendant Kashanda Brock was served with the amended complaint on August 4, 2010. Defendant Brock was served by substituted service on her mother, Juanita Hightower. No answer has been filed by either party to date.
>
> . . . .
>
> e. Plaintiff anticipates filing a second Request for Entry of Default, and Motion for Entry of Default Judgment if Defendant Oasis and Defendant Brock fail to file an Answer . . . .

(ECF No. 18, 2:1-22.)

1

Therefore, the status conference scheduled for September 20, 2010, is continued to commence at 9:00 a.m. on December 13, 2010. If a Defendant appears in this action, a Joint Status Report shall be filed fourteen (14) days prior to the status conference. Alternatively, if there is no appearance, Plaintiff shall file a Status Report fourteen (14) days prior to the status conference in which he is only required to explain the status of the default judgments. If Plaintiff fails to file a motion for entry of default judgments, he shall file an explanation as to why this case should not be dismissed for failure to prosecute no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: September 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge